

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00923-CV

Stephen Patrick **BLACK**,
Appellant

v.

Dr. Nicholas **EDD** and Penile Plethysmograph Clinician II,
Appellees

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. CC 23-1518-CV-B
Honorable Gary L. Steel, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court are taxed against appellant. *See* TEX. R. APP. P. 42.1 (providing that "[a]bsent agreement of the parties, the court will tax costs against the appellant.").

SIGNED January 24, 2024.

_____
Rebeca C. Martinez, Chief Justice